IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

NEDOLANDEZ LEON SANTOS,     )
     )
     Plaintiff,     )
v.     )   CASE NO.  2:09-cv-787-TMH
     )        WO
DANNY FLEMMINGS, *et al.*,     )
     )
     Defendants.     )

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on December 10, 2009 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #26) filed on December 1, 2009 is adopted;

3.  That this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of  28 U.S.C. 1915(e)(2)(B)(i).

DONE this the 17th  day of December, 2009.

/s/Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE